ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

    - v. -                         :    S2 08 Cr. 429

CARLOS PICHARDO,                      :
 a/k/a "Calcayo,"
                                        :
        Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Adam S. Hickey;

        It is found that the Superseding Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

        ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       August 19, 2008

                                            UNITED STATES MAGISTRATE JUDGE

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York

