AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

## APPEARANCE

Case Number:  S2-08-CR-429

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS PICHARDO

I certify that I am admitted to practice in this court.

| 8/22/2008 | | |
|---|---|---|
| Date | | |

DAVID J. GOLSTEIN

| Print Name | | Bar Number |
|---|---|---|

888 GRAND CONCOURSE

Address

| BRONX | NEW YORK | 10451 |
|---|---|---|
| City | State | Zip Code |

| (718) 665-9000 | (718) 665-9147 |
|---|---|
| Phone Number | Fax Number |